**Order entered December 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00825-CR

**TALYLE ELDANTE MEADERDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76609-N**

## ORDER

Before the Court is the December 13, 2022 request of court reporter Karren Jones for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 23, 2022**.

/s/    ERIN A. NOWELL
        JUSTICE